UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT CURINGTON, and ASHLEY BROOKS, <br><br> Plaintiffs, <br><br><br><br> UMG RECORDINGS, INC.; JOE WHEELER; TEMPORAL SONGS, LTD.; LAURENCE MIZZEL; ALRUBY MUSIC, INC.; ALMO MUSIC CORP.; AMARU ENTERTAINMENT COMPANY, <br><br> Defendants. | Case No. 10-CV-890 <br><br><br><br> Action Filed: November 30, 2010 <br> Trial Date: None Set |

## DEFENDANTS UMG RECORDINGS, INC. AND RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC CORP.'S MOTION TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT

Defendants UMG Recordings, Inc. and Rondor Music International, Inc. d/b/a Almo Music Corp. (collectively referred to herein as the "UMG Defendants"), hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(f) striking the following requests for relief from the second Amended Complaint filed by Plaintiffs Robert Curington and his music publishing company, Ashley Brooks Music (collectively referred to herein as "Plaintiffs"), on the grounds that the requests are "redundant, immaterial, impertinent, or scandalous matter[s]":

1. Paragraph 31 in its entirety: "As a direct and proximate result of Defendants' infringement of Plaintiffs' exclusive rights, Plaintiffs are entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504."

2. Paragraph 33 in its entirety: "Plaintiffs are entitled to costs, including reasonable attorneys fees pursuant to 17 U.S.C. § 505."

1

3. Prayer for Relief No. 2 in its entirety: "For an award to Plaintiffs of costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505."

4. Prayer for Relief No. 4: "For statutory damages pursuant to 17 U.S.C. § 504."

The UMG Defendants are concurrently submitting a Brief in Support of this Motion.

WHEREFORE, the UMG Defendants respectfully request that this Court enter an order striking these requests for relief from the second Amended Complaint.

Dated this 9th day of May, 2011.

By: /s/ LINDA M. BURROW
LINDA M. BURROW (*pro hac vice*)
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

/s/ MICHAEL J. ALLEN
MICHAEL J. ALLEN, State Bar No. 18030
CARRUTHERS & ROTH, P.A.
P.O. Box 540
Greensboro, North Carolina 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1170

Attorneys for Defendants
UMG Recordings, Inc. and Rondor Music International, Inc. d/b/a/ Almo Music Corp.

2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the Plaintiff in the manner designed below:

*Via ECF*:

FLORENCE A. BOWENS
P.O. Box 51263
Durham, North Carolina 27717


Dated this 9th day of May, 2011


By: /s/ LINDA M. BURROW
LINDA M. BURROW (*pro hac vice*)
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040;
Facsimile: (213) 629-9022

MICHAEL J. ALLEN, State Bar No. 18030
CARRUTHERS & ROTH, P.A.
P.O. Box 540
Greensboro, North Carolina 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1170

Attorneys for Defendants
UMG Recordings, Inc. and Rondor Music
International, Inc. d/b/a/ Almo Music Corp.